No. 363. HOTEL EMPLOYEES UNION, LOCAL No. 255, ET AL. *v.* SAX ENTERPRISES, INC., ET AL.; and

No. 364. HOTEL EMPLOYEES UNION, LOCAL No. 255, ET AL. *v.* LEVY ET AL., DOING BUSINESS AS SHERRY FRONTENAC HOTEL, ET AL. Supreme Court of Florida. Certiorari granted. *Arthur J. Goldberg* and *David E. Feller* for petitioners. Reported below: 93 So. 2d 591, 598.

No. 534. ABBATE ET AL. *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted limited to question 2 presented by the petition for the writ which reads as follows:

"Whether the petitioners were twice placed in jeopardy in violation of the Fifth Amendment to the Constitution of the United States, where the evidence shows that they had been previously convicted in the Courts of the State of Illinois of the crime of conspiracy to destroy the property of the Southern Bell Telephone Company, upon the same facts as were presented in the Courts of the United States, and upon which they were convicted of conspiracy to destroy a communications line operated or controlled by the United States."

*Charles A. Bellows* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 221, Misc. KERMAREC *v.* COMPAGNIE GENERALE TRANSATLANTIQUE. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. *William L. Standard* for petitioner. *George A. Garvey* for respondent.